ARTHUR M. SEITZ, JR., PLAINTIFF, v. ISABELLE S. SEITZ, DEFENDANT, HELEN G. SEITZ, APPELLANT.

Submitted May 18, 1953—Decided May 25, 1953.

See also 6 *N. J. Super.* 65, 69 *A.* 2d 884.

Helen G. Seitz, *in propria persona*.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion *per curiam* filed in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, WACHENFELD, BURLING, JACOBS and BRENNAN—6.

*For reversal*—None.